IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES E. ROLLINS, SR.,**

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**                    Civil No. 11-cv-381-DRH
                                   Criminal No. 05-cr-30133-DRH-4

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 29, 2012, Petitioner's claims are **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:  s/*Sara Jennings*
     **Deputy Clerk**

Dated: November 29, 2012

Digitally signed by
David R. Herndon
Date: 2012.11.29
11:53:06 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT